**Eugene REED, Plaintiff–Appellant**

v.

**TEXAS DEPARTMENT OF TRANSPORTATION, Defendant–Appellee.**

No. 10–50515
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 27, 2010.

Kell Asher Simon, Ross Law Group, Austin, TX, for Plaintiff–Appellant.

Susan Desmarais Bonnen, Esq., Randall Keith Hill, Office of the Attorney General, Austin, TX, for Defendant–Appellee.

---

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Eugene Reed appeals the district court's grant of the Motion for Summary Judgment filed by Defendant–Appellee Texas Department of Transportation ("DOTD"), dismissing Reed's employment discrimination action grounded in disparate treatment on the basis of race. We have reviewed the entire record on appeal, including the briefs of the parties and the applicable law as presented therein and as independently determined, and are satisfied that the judgment of the district court should be, and hereby is, AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

